UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHY A. ROCK, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil Action No. 13-11594-NMG |

### REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO REVERSE OR REMAND THE COMMISSIONER'S DECISION, AND DEFENDANT'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION
[Docket Nos. 17, 24]

March 11, 2014

Boal, M.J.

This is an action for judicial review of a final decision by the Commissioner of the Social Security Administration (the "Commissioner" or "SSA") denying the application of Kathy A. Rock ("Rock") for Social Security Disability Insurance benefits ("DIB") and Supplemental Security Income benefits ("SSI"). Rock asserts that the Commissioner's decision, memorialized in a March 22, 2013 decision of an administrative law judge ("ALJ"), is in error. Docket No. 17. The Commissioner, in turn, has moved to affirm. Docket No. 24. This Court heard oral argument on the motions on February 27, 2014. For the reasons stated herein, this Court recommends that the District Court deny Rock's motion and grant the Commissioner's motion.[1]

---

[1] On December 27, 2013 and February 18, 2014, the District Court referred the parties' motions to this Court for a report and recommendation. Docket Nos. 19, 26.

1

*Report and Recommendation accepted and adopted. NMGorton, USDJ 4/7/14*